No. 94–1919.  TAP ELECTRICAL CONTRACTING SERVICE, INC. *v.* SWEENEY, NEW YORK STATE COMMISSIONER OF LABOR.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 94–1920.  OKUN ET UX. *v.* OKLAHOMA.  Ct. App. Okla. Certiorari denied.

No. 94–1921.  BOARD OF COUNTY SUPERVISORS OF PRINCE WILLIAM COUNTY, VIRGINIA *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 94–1923.  PRUDENTIAL INSURANCE COMPANY OF AMERICA *v.* LAI ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–1924.  HAYES *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–1925.  SHORT HILLS ASSOCIATES, FKA PRUTAUB JOINT VENTURE *v.* NEW JERSEY COALITION AGAINST WAR IN THE MIDDLE EAST ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 94–1927.  ALBERT *v.* SOUTHERN PACIFIC TRANSPORTATION CO.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 94–1928.  CONAGRA, INC., ET AL. *v.* OSCAR MAYER FOODS CORP.  C. A. Fed. Cir.  Certiorari denied.

No. 94–1929.  ALLSUP'S CONVENIENCE STORES, INC. *v.* JOHNSEN.  Ct. App. N. M.  Certiorari denied.

No. 94–1930.  ASSOCIATION OF NATIONAL ADVERTISERS, INC., ET AL. *v.* LUNGREN, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 94–1932.  DUPLITRONICS, INC. *v.* CONCEPT DESIGN ELECTRONICS & MANUFACTURING, INC.  C. A. Fed. Cir.  Certiorari denied.